UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA D. LENENTINE, | ) |
| Plaintiff | ) ) ) |
| v. | ) 1:23-cv-00208-LEW |
| AROOSTOOK COUNTY JAIL, | ) ) ) |
| Defendant | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 21, 2023, the United States Magistrate Judge filed with the court, with copies to Plaintiff, his Recommended Decision on the Plaintiff's Complaint and Plaintiff's failure to respond to the Order to Show Cause. The time within which to file an objection expired on August 14, 2023 and no objection was filed. The Magistrate Judge notified Plaintiff that Plaintiff's failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's complaint is dismissed.

**SO ORDERED.**

Dated this 15th day of September, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE